**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-CR-14052-CANNON**

**UNITED STATES OF AMERICA**

**Plaintiff,**

**v.**

**MAXIME AUGUSTIN,**

**Defendant.**

_________________________________ /

**UNITED STATES' MOTION TO WITHDRAW AS COUNSEL OF RECORD**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves this Court to enter an order granting the undersigned's withdrawal as government counsel in case 26-cr-14052-AMC. On October 2, 2026, Assistant United States Attorney William C. Long entered a notice of appearance as government counsel in the instant case. Now that Assistant United States Attorney William C. Long is receiving notifications on this case, the undersigned counsel should no longer receive electronic notifications of court filings and activity related to this case.

WHEREFORE, for the forgoing reason, the United States, hereby respectfully requests that this Honorable Court enter an order granting undersigned counsel's immediate withdrawal from the instant case.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: /s/ Breezye Telfair
Breezye Telfair
Assistant United States Attorney
Florida Bar No. 18055
U.S. Attorney's Office - SDFL
99 N.E. 4th Street, Miami, Florida 33132
Telephone: (305) 961-9329
Email: breezye.telfair@usdoj.gov